IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL NO. 5:22-CV-00511-FL

| | |
|---|---|
| BRITTNI SCARBOROUGH, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **ORDER** |
| STARBUCKS CORPORATION, Jane/John Doe, Unidentified Starbucks Corporation employee (drive-thru window attendant), Jane/John Doe, Unidentified Starbucks Corporation employee (store manager), | ) |
| Defendants. | ) |

**THIE MATTER IS BEFORE THE COURT** on Plaintiff's Corrected Motion For Leave To Amend The Complaint, To Add Previously Unidentified Parties And For Remand [DE 30] and immediate review is appropriate. Having carefully considered the Plaintiff's motion, the record, the lack of a response by Defendant Starbucks Corporation, and the applicable authority, it appears that the motion is made for good cause shown and should be allowed.

**IT IS, THEREFORE, ORDERED that** Plaintiff's Corrected Motion for Leave to Amend the Complaint, To Add Previously Unidentified Parties And For Remand [DE 30] is **GRANTED**.

**IT IS FURTHER ORDERED** that this matter shall be **REMANDED** to the Superior Court of Harnett County, North Carolina.

**SO ORDERED.**

Dated: 6/13/23

_____
LOUISE W. FLANAGAN
United States District Judge