UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| BRITTNI SCARBOROUGH )<br>        Plaintiff, )<br>  )<br>v.   )<br>  )<br>  )<br>STARBUCKS CORPORATION, et al )<br>        Defendants )  | **JUDGMENT**<br><br>No. 5:22-CV-511-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, upon consideration of the plaintiff's motion to amend and motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 13, 2023, more particularly described therein, that plaintiff's motion to amend is allowed and that the captioned action be and hereby is remanded to Harnett County Superior Court.

**This Judgment Filed and Entered on June 13, 2023, and Copies To:**
Ann C. Ochsner / Robert E.Whitley (via CM/ECF Notice of Electronic Filing)
Tricia Morvan Derr / Ashley B. Bartolucci (via CM/ECF Notice of Electronic Filing)
The Honorable Renee Whitttenton (via U.S. Mail at Harnett County Clerk of Superior Court, 301 W. Cornelius Harnett Blvd, Lillington, NC 27546)

June 13, 2023             PETER A. MOORE, JR., CLERK

                                   /s/ Sandra K. Collins
                                   (By) Sandra K. Collins, Deputy Clerk